PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: __Damien O. Porter__   Case Number: __5:19-CR-202-DCR-01__

Name of Sentencing Judicial Officer: __Honorable Danny C. Reeves, Chief U.S. District Judge__

Date of Original Sentence: __May 22, 2020__

Original Offense: __Felon in Possession of a Firearm__

Original Sentence: __21 months imprisonment; 3 years supervised release__

Type of Supervision: __Supervised Release__   Date Supervision Commenced: __1/13/2021__

Asst. U.S. Attorney: __Cynthia T. Rieker__   Defense Attorney: __Joyce A. Merritt__

---

### PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of marijuana |
| 2 | Commission of a crime |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

April 14, 2021
Page 2

RE: Porter, Damien O.
    Dkt. # 5:19-CR-202-DCR-01
    PROB 12C

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/14/2021

*Carol P. Martin*

Carol P. Martin
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☒ The Issuance of a Summons. Return date to be set by US Mag. Judge. DCR

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

**Initial Appearance on Revocation Proceedings** set for **4/26/2021 at 1:00 PM** in Lexington, before Magistrate Judge Matthew A. Stinnett.

Signature of Judicial Officer

April 15, 2021
Date