PROB 12C
(5/2015)

Eastern District of Kentucky
F I L E D

MAY 27 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Damien O. Porter                Case Number: 5:19-CR-202-DCR-01

Name of Sentencing Judicial Officer: Honorable Danny C. Reeves, Chief U.S. District Judge

Date of Original Sentence: May 22, 2020

Original Offense: Felon in Possession of a Firearm

Original Sentence: 21 months imprisonment; 3 years supervised release
TSR Revoked 5/5/21: Time Served; 35 months & 29 days TSR

Type of Supervision: Supervised Release        Date Supervision Commenced: 5/5/2021

Asst. U.S. Attorney: Cynthia T. Rieker        Defense Attorney: Joyce A. Merritt

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1        Violation of federal, state, or local law

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

  ☒ Revoked.

  ☐ Extended for _____ years, for a total term of _____ years.

May 27, 2022
Page 2

RE: Porter, Damien O.
Dkt. # 5:19-CR-202-DCR-01
PROB 12C

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/27/2022

*Glenn Collins*

Glenn Collins
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

May 27, 2022
_____
Date